# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| SCOTT WHITE | PLAINTIFF |
| VERSUS | NO: 1:17-CV-00087-GHD-DAS |
| GEICO GENERAL INSURANCE COMPANY | DEFENDANT |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on before this Court for dismissal of this action against defendant GEICO General Insurance Company with prejudice. The Court has been advised that a settlement agreement has been reached between plaintiff and defendant GEICO General Insurance Company.

IT IS, THEREFORE, HEREBY ORDERED and ADJUDGED that plaintiff's Complaint and all claims against defendant GEICO General Insurance Company are hereby dismissed with prejudice.

SO ORDERED this the 1st day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

1054147